**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 No. 14-48769 |
| Jeffrey Michael DeVries and | |
| Amy Elizabeth DeVries | Hon. Walter Shapero |
| Debtors. | |
| _____/ | |

## ORDER APPROVING PERMANENT LOAN MODIFICATION

THIS CAUSE came before the Court on the Motion of JPMorgan Chase Bank, National Association, ("Creditor") for entry of an Order To Approve Permanent Loan Modification, and this Court, having determined that there were no objections to the entry of this Order, and being otherwise fully advised in the premises, it is hereby

ORDERED as follows:

1. Debtors' Permanent Loan Modification with Creditor is approved as follows:
   a. The property securing this mortgage is located at 51820 Rivard Rd., New Baltimore, MI 48047-4295.
   b. The Mortgage Loan Modification is effective May 1, 2015.
   c. Except as expressly stated in this Order, the loan is modified according to the Loan Modification Agreement attached hereto and incorporated by reference.
   d. Effective May 1, 2015 Debtors' ongoing mortgage payment shall be $1,373.69 per month, including Principal and Interest ($818.16) plus escrow of $391.73. If escrowed or if subject to interest rate adjustments, the payment amount shall be subject to future adjustments for changes as provided for in the mortgage and consistent with the requirements of applicable Federal and State Law.
   e. The Chapter 13 Trustee shall adjust its records to reflect the status of the account pursuant to the loan modification and this Order and shall not make further disbursements with respect to Creditor's Class 4.2 arrearage claim. To the extent that disbursements have been made after the date of modification referenced in this motion and Order, the Trustee is not required to recoup any funds and Creditor may apply any such funds to the mortgage loan pursuant to the contractual due date;

2. Effective May 1, 2015 payments pursuant to the Loan Modification approved in this Order shall be made by the Chapter 13 Trustee to 3415 Vision Drive., Columbus, OH 43219. Trustee shall make these payments as part of the Trustee's normal disbursement cycle and consistent with the terms of Debtor's (s') confirmed plan as modified herein.

3. Creditor may recover any attorney fees and costs incurred for the approval of the modification as permitted by agreement or law.

4. Except as modified in this Order, the terms and conditions of the Loan and Mortgage documents between Debtors and Creditors shall remain in full force and effect.

5. The treatment of the Creditor in Debtor's Chapter 13 Plan as confirmed (as modified,

       if at all) as necessary to comply with the provisions of this Order; including but not limited to, the change in Creditor's Class 4.1 mortgage payment;

6.     This Order is without prejudice to Creditor's right to file Notices of Payment Change and Notices of Fees, Expenses, and Charges pursuant to Federal Rule of Bankruptcy Procedure 3002.1.

7.     Entry of this Order is without prejudice to debtor filing any further plan modification that debtor deems appropriate.

8.     This Order shall remain binding and effective despite any conversion of this case to any other chapter of Title 11 of United States Bankruptcy Code.

9.     Upon the conclusion of Debtor(s) Chapter 13 case, whether by discharge, conversion, dismissal or otherwise, Debtor(s) shall be responsible for making all future payment pursuant to the terms of the Mortgage Loan documents.

    IT IS FURTHER Ordered and adjudged that except as expressly modified herein, Debtor(s) Plan as confirmed (and as later modified, if at all) shall remain in full force and effect.

.

**Signed on June 23, 2015**

                                         **/s/ Walter Shapero**
                                         **Walter Shapero**
                                         **United States Bankruptcy Judge**