# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re   Jeffrey Michael DeVries     Case No. 14-48769
        Debtor                      Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 37

**Last four digits** of any number you use to identify the debtor's account: 0912

**Date of payment change:** 09/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $1,360.98
Principal, Interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
        Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $555.53     New escrow payment: $542.82

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
        If a notice is not attached, explain why:

Current interest rate: _____     New interest rate: _____
Current principal and interest payment: _____     New principal and interest payment: _____

| Part 3: Other Payment Change | |
|---|---|

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____  New mortgage payment: _____

| Part 4: Sign Here | |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.    ☐ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Tina Lyons                                           Date 07/16/2015
  Vice President

Print: Tina Lyons                                          Title   Vice President

Company   JPMorgan Chase Bank, N.A.                        Specific Contact Information:
Address   Chase Records Center  Attn: Correspondence Mail  Phone: 866-243-5851
          Mail Code LA4-5555  700 Kansas Lane              Email: tina.r.lyons@chase.com
          Monroe, LA 71203

113177-04110771-1238-4555-8761-61685392db65

14-48769-mlo    Doc 88    Filed 07/17/15    Entered 07/17/15 17:03:54    Page 2 of 9

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

Chapter 13 No. 14-48769

In re:  
Judge: Judge Walter Shapero.Detroit

Jeffrey Michael DeVries

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor: Jeffrey Michael DeVries  
51820 Rivard Rd.  
New Baltimore, MI 48047

Debtor's Attorney: James P. Frego, II  
Frego & Assc.-The Bankruptcy Law Office  
23843 Joy Road  
Dearborn Heights, MI 48127

Trustee: Tammy L. Terry  
Buhl Building  
535 Griswold  
Suite 2100  
Detroit, MI 48226

/s/ Tina Lyons  
Vice President

113177-04110771-1238-4555-8761-61685392db65-



| | |
|---|---|
| Customer Service Center | 1-800-848-9136 |
| Monday - Friday | 8 a.m. - 12 a.m. (ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired (TDD) | 1-800-582-0542 |



00425 ECA  Z 16015 C -  BRE ESH
JEFFREY DEVRIES
AMY DEVRIES
51820 RIVARD RD
NEW BALTIMORE MI  48047-4295

### Escrow: Taxes and Insurance Statement

| | |
|---|---|
| Loan Number | |
| Statement Date | 06/09/2015 |
| Review Period | 06/2014 to 08/2015 |
| **Escrow Shortage** | **$2,487.84** |

### Important Message

If you are in bankruptcy or have been given a discharge for your bankruptcy, this letter is for information only. This letter is not an attempt to collect a debt. It is not an attempt to collect, assess or recover all or part of the debt from you. If a bankruptcy trustee is making your payments for you, please give a copy of this statement to the trustee.

Your escrow shortage amount does not include any actual shortage that might have been included before you filed for bankruptcy.

### Monthly Home Loan Payment

| | Current Payment | New Payment Effective 09/01/2015 |
|---|---|---|
| Principal & Interest | $818.16 | $818.16 |
| Escrow Account Deposit | $555.53 | $501.36 |
| Plus: Account Balance/Shortage | $0.00 | $41.46 |
| **Total Payment Amount** | **$1,373.69** | **$1,360.98** |

**Chase automatic mortgage payment customers:** If your mortgage payment amount changes after an escrow analysis, we'll adjust your payment for you.
**Other online bill payment service or military allotment customers:** If your mortgage payment changes after an escrow analysis, you will need to contact your financial services provider to adjust your payment.

### Summary

Your escrow account is short $2,487.84.

There are many possible reasons for your shortage. Some common reasons include: increases in property taxes and/or insurance premiums, tax reassessments, insurance carrier changes, due date changes, fewer than expected escrow deposits. For more information, call us at the number listed above.

Your escrow account will fall $2,487.84 short of the minimum required balance of $0.00 in the next 12 months.

You have three options to pay the shortage:

**Option 1:** **Pay All of the shortage now.**
Use the Escrow Shortage Payment Coupon below. If you pay all of your shortage by 09/01/15, your monthly mortgage payment will be $1,319.52 starting 09/01/15.

**Option 2:** **Pay part of the shortage now.**
Use the coupon below. The part you don't pay now will be divided evenly and added to your mortgage payment each month. You will see the adjusted amount due in your next statement.

**Option 3:** **Pay nothing now.**
The $2,487.84 will be divided among the next 60 months. We will add $41.46 to your monthly mortgage payments. Your new monthly payment will be $1,360.98 starting 09/01/15.

▼ Please detach and return the bottom portion of this statement with your payment using the enclosed envelope. ▼

---



JEFFREY DEVRIES
AMY DEVRIES
Loan Number
Statement Date                06/09/2015
Escrow Shortage                $2,487.84

**Important: Please return this coupon with your check.**



CHASE
PO BOX 9001871
LOUISVILLE KY  40290-1871

### Escrow Payment Options

I understand that my taxes and/or insurance has increased and that my escrow account is short $2,487.84. I have enclosed a check for:

☐ **Option 1:** $2,487.84, the total shortage amount. I understand that if this is received by 09/01/15 my monthly mortgage payment will be $1,319.52 starting 09/01/15.

☐ **Option 2:** $_____, part of the shortage. I understand that the rest of the shortage will be divided evenly and added to my mortgage payment each month.

☐ **Option 3:** You do not need to do anything if you want to have all of your shortage divided evenly among the next 60 months.

Make your check payable to Chase and please include your loan number on your check.



## Balancing Your Escrow Account

There needs to be enough money in your escrow account to pay your property taxes and/or insurance. To do that, federal law allows us to require that you keep a minimum balance in your account. This cash reserve helps to cover any increase in taxes and/or insurance. However, the minimum balance requirement has been waived for your account.

The payments made to and from your escrow account last year help predict your account activity for next year. This year's activity also helps predict what your lowest account balance is likely to be.[1]

To balance your escrow account, we compare what your lowest account balance will likely be next year with your minimum required balance. The difference between those two numbers tells us if you need to pay a shortage or if we need to give you a surplus refund.

| | |
|---|---|
| $0.00 | Your minimum required balance |
| $-2,487.84 | Your estimated lowest account balance for  |
| $2,487.84 | Your escrow account shortage |

[1] See the "Estimated Escrow Account Activity" chart in this statement.



## Escrow Account History

The chart below compares this year's activity on your escrow account with our estimates. The estimated amounts came from your last escrow account review.

- Your most recent mortgage payment due was $1,373.69. Your mortgage payment includes principal and interest $818.16 and escrow money $555.53.
- At the time of your last escrow account review, your expected lowest balance was $775.68. The chart below shows that your actual lowest escrow balance was $-4,913.27.

Note: changes in property taxes or insurance premiums create the difference between the estimated and actual amounts in the chart. An "E" in the chart below means expected activity that hasn't occurred yet.

*Indicates a difference between the estimated and actual amounts.

### This Year: June 2014 to August 2015

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $2,702.52 | $740.05 |
| 06/2014 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | | $90.74 * | $3,181.10 | $649.31 |
| 07/2014 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $3,568.94 | $558.57 |
| 08/2014 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $3,956.78 | $467.83 |
| 08/2014 | Withdrawal - CITY TAX | $3,181.10 | $3,268.22 * | $775.68 | $-2,800.39 |
| 09/2014 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $1,163.52 | $-2,891.13 |
| 10/2014 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $1,551.36 | $-2,981.87 |
| 11/2014 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $1,939.20 | $-3,072.61 |
| 11/2014 | Withdrawal - CITY TAX | | $671.26 * | $1,939.20 | $-3,743.87 |
| 12/2014 | Deposit | $478.58 | $181.52 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $2,327.04 | $-3,653.09 |
| 12/2014 | Withdrawal - CITY TAX | $588.00 | $0.00 * | $1,739.04 | $-3,653.09 |
| 01/2015 | Deposit | $478.58 | $181.52 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $2,126.88 | $-3,562.31 |
| 02/2015 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $2,514.72 | $-3,653.05 |
| 03/2015 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $2,902.56 | $-3,743.79 |
| 04/2015 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $3,290.40 | $-3,834.53 |

(Continued)



**Escrow: Taxes and Insurance Statement**

| | |
|---|---|
| Loan Number | |
| Statement Date | 06/09/2015 |
| Review Period | 06/2014 to 08/2015 |
| **Escrow Shortage** | **$2,487.84** |

```
00425 ECA  Z 15015 C -  BRE ESH
JEFFREY DEVRIES
AMY DEVRIES
51820 RIVARD RD
NEW BALTIMORE MI  48047-4295
```

## This Year: June 2014 to August 2015 (continued)

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| 04/2015 | Withdrawal - HOMEOWNER IN | | $988.00 * | $3,290.40 | $-4,822.53 |
| 05/2015 | Deposit | $478.58 | $0.00 * | | |
| | Withdrawal - PMI | $90.74 | $90.74 | $3,678.24 | $-4,913.27 |
| 05/2015 | Withdrawal - HOMEOWNER IN | $885.00 | $0.00 * | $2,793.24 | $-4,913.27 |
| 06/2015 | Deposit | | $4,764.11 E | $2,793.24 | $-149.16 |
| 07/2015 | Deposit | | $555.53 E | | |
| | Withdrawal - PMI | | $90.74 E | $2,793.24 | $315.63 |
| 08/2015 | Deposit | | $555.53 E | | |
| | Withdrawal - PMI | | $90.74 E | $2,793.24 | $780.42 |
| 08/2015 | Withdrawal - CITY TAX | | $3,268.22 E | $2,793.24 | $-2,487.80 |
| | Total Deposits | $5,742.96 | $6,238.21 | | |
| | Total Withdrawals | $5,652.24 | $9,466.06 | | |
| | Account Balance as of 08/2015 | | | | $-2,487.80 |

## Expected Escrow Account Activity

The chart below estimates your escrow account balance for the next 12 months with your new monthly escrow account deposit of $501.36 and any anticipated withdrawals. The chart shows that you will reach your estimated lowest account balance of $-2,487.84 in August 2016 (highlighted below). That is $2,487.84 short of your minimum required balance of $0.00.

### Next Year: September 2015 to August 2016

| Date | Activity | Estimated Amount | Actual Amount | Estimated Escrow Balance | Actual Escrow Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | | $-2,487.80 |
| 09/2015 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-2,077.18 | |
| 10/2015 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-1,666.56 | |
| 11/2015 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-1,255.94 | |
| 12/2015 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-845.32 | |
| 12/2015 | Withdrawal - CITY TAX | $671.26 | | $-1,516.58 | |
| 01/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-1,105.96 | |
| 02/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-695.34 | |
| 03/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-284.72 | |
| 04/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $125.90 | |
| 05/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $536.52 | |
| 05/2016 | Withdrawal - HOMEOWNER IN | $988.00 | | $-451.48 | |
| 06/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $-40.86 | |
| 07/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $369.76 | |
| 08/2016 | Deposit | $501.36 | | | |
| | Withdrawal - PMI | $90.74 | | $780.38 | |
| 08/2016 | Withdrawal - CITY TAX | $3,268.22 | | $-2,487.84 | |
| | Total Estimated Deposits | $6,016.32 | | | |
| | Total Estimated Withdrawals | $6,016.36 | | | |
| | Estimated Account Balance as of August 2016 | | | $-2,487.84 | |



## Expected Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| Tax | | | Insurance | | |
|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | Annual Expense | Anticipated Date(s) of Payment |
| CITY TAX | $671.26 | December 15 | PMI | $90.74 | September 15 |
| CITY TAX | $3,268.22 | August 16 | PMI | $90.74 | October 15 |
| | | | PMI | $90.74 | November 15 |
| | | | PMI | $90.74 | December 15 |
| | | | PMI | $90.74 | January 16 |
| | | | PMI | $90.74 | February 16 |
| | | | PMI | $90.74 | March 16 |
| | | | PMI | $90.74 | April 16 |
| | | | PMI | $90.74 | May 16 |
| | | | HOMEOWNER IN | $988.00 | May 16 |
| | | | PMI | $90.74 | June 16 |
| | | | PMI | $90.74 | July 16 |
| | | | PMI | $90.74 | August 16 |

**Total Tax and Insurance Monthly Payment Amount = $501.36**



# A QUICK GUIDE TO UNDERSTANDING YOUR
# Annual Escrow Analysis



**Current Monthly Mortgage Payment**

**New Monthly Mortgage Payment**

**Escrow Account Summary**
This section shows that your escrow account has a shortage and explains your options. You can make a one-time payment now, pay part of the shortage now or have the shortage payment spread evenly across next year's mortgage payments.

**Escrow Shortage Coupon**
Use this coupon if you mail a full or partial payment of your escrow shortage. You can also pay all or part of your shortage at chase.com.

**Escrow Account History**
The activity for your escrow account from the past year is shown here, along with what we estimated your payments would be. Most shortages occur because taxes and/or insurance were higher than what was projected on your last year's escrow analysis.

**Expected Escrow Activity for Next Year**
We've calculated what we expect your escrow account balance will be for the coming year, based on your current tax and insurance expenses.

**Expected Escrow Payment for Next Year**
These are the tax and/or insurance amounts we expect to pay in the next 12 months, and when we expect to pay them. If you elect to pay your shortage in monthly payments over the next year, that amount will also be included in your monthly mortgage payments. If you believe information is missing or incorrect, please call us at 1-800-848-9136.




## FREQUENTLY ASKED QUESTIONS

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we expect to pay next year.

**What is an escrow minimum balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**

We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more than we expected.

**What do I need to do about this shortage?**

You have options:

- You can pay all of the shortage now.
- You can pay part of the shortage now.
- We can spread the shortage payment evenly across next year's mortgage escrow payments.
- Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

## ESCROW RESOURCES

- To use our interactive tool and understand how paying part or all of an escrow shortage affects your account, visit **chase.com/EscrowAnalysis**.
- For answers to more questions and to watch our informational video, visit **chase.com/Escrow**.
- Schedule a payment for all or part of your escrow shortage at **chase.com**.
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at **chase.com/Alerts**.

©2015 JPMorgan Chase & Co.  58699-ESH-0215