**In the Matter of**:  }
}  Case No. 14-48769-wsd
JEFFREY DeVRIES  }
}  Chapter 13
}  Judge Walter Shapero
**Debtor(s)**  }

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>Frego & Associates, P.L.C.</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of <u>fee app</u> in fees and <u>fee app</u> in expenses, and that the portion of such claim which has not already been paid, to-wit: <u>fee app</u> shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X]  Plan Provisions V.H. shall be STRICKEN; section V.H. of the "CLOUD" provision shall control.
[X]  The Debtors commit 75% profit sharing/bonuses he receives to the Chapter 13 plan during the pendency of their case.
[X]  The adversary case no. 14-04598 has been resolved by stipulation pursuant to the order entered on 9/18/2014 docket #12. The claim of Household Finance Corporation III (pacer claim #4) shall be treated as unsecured and all other terms of the order are incorporated herein.
[X]  The language "Direct by Debtor's son" and "Direct by Debtor's ex wife" is hereby changed to "Direct" in section 5.1 as it relates to Cornerstone Community Financial.

Approved:
_/s/ Tammy Terry_____  /s/ Andrea Howard_____
TAMMY L. TERRY (P46254)                          Frego & Associates-The Bankruptcy Law Office, P.L.C.
Chapter 13 Standing Trustee                       Attorney for Debtor(s)
535 Griswold, Suite 2100                          23843 Joy Rd.
Detroit, MI 48226                                 Dearborn Heights, MI 48127
313-967-9857                                      313-724-5088
Mieb_ecfadmin@det13.com                           fregolaw@aol.com
                                                  Andrea Howard (P69860)

/s/ Tamara White_____
Attorney for:
Cornerstone Community Financial
TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248/352-4340

Signed on December 11, 2015

                                                  /s/ Walter Shapero
                                              Walter Shapero
                                              United States Bankruptcy Judge