**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Michigan**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 14-48769-wsd |
| JEFFREY DeVRIES } | |
| } | Chapter 13 |
| } | Judge Walter Shapero |
| **Debtor(s)** } | |

## AMENDED ORDER CONFIRMING PLAN AND ORDER MODIFYING STAY AS TO CORNERSTONE COMMUNITY FINANCIAL

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>Frego & Associates, P.L.C.</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of <u>fee app</u> in fees and <u>fee app</u> in expenses, and that the portion of such claim which has not already been paid, to-wit: <u>fee app</u> shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- [X] Plan Provisions V.H. shall be STRICKEN; section V.H. of the "CLOUD" provision shall control.
- [X] The Debtors commit 75% profit sharing/bonuses he receives to the Chapter 13 plan during the pendency of their case.
- [X] The adversary case no. 14-04598 has been resolved by stipulation pursuant to the order entered on 9/18/2014 docket #12. The claim of Household Finance Corporation III (pacer claim #4) shall be treated as unsecured and all other terms of the order are incorporated herein.
- [X] The language "Direct by Debtor's son" and "Direct by Debtor's ex-wife" is hereby changed to "Direct" in section 5.1 as it relates to Cornerstone Community Financial.
- [X] Creditor, Cornerstone Community Financial, shall defer the post-petition October and November 2015 payments for the Dodge Challenger to the end of the loan and Creditor, Cornerstone Community Financial, shall have a 14 day future default regarding the Direct payments towards the Dodge Challenger on their Class 5.1 claim, whereby if the Debtor defaults on future payments, Creditor shall be permitted to file a Notice of Default allowing the Debtor 14 days to cure the delinquency. In the event the Debtor fails to cure the delinquency within the 14 days, Creditor shall file an Affidavit of Default and the automatic stay shall be lifted as to Creditor, Cornerstone Community Financial regarding the Dodge Challenger.
- [X] The effective date of confirmation shall remain 12/11/2015, the original date that Order Confirming Plan was entered with the Court.

Approved:

| | |
|---|---|
| /s/ Tammy Terry | /s/ Andrea Howard |
| TAMMY L. TERRY (P46254) | Frego & Associates-The Bankruptcy Law Office, P.L.C. |
| Chapter 13 Standing Trustee | Attorney for Debtor(s) |
| 535 Griswold, Suite 2100 | 23843 Joy Rd. |
| Detroit, MI 48226 | Dearborn Heights, MI 48127 |
| 313-967-9857 | 313-724-5088 |
| Mieb_ecfadmin@det13.com | fregolaw@aol.com |
| | Andrea Howard (P69860) |

/s/ Tamara A. White
Attorney for: Cornerstone Community Financial
TAMARA A. WHITE (P57276)
bankruptcy@holzmanlaw.com
28366 Franklin Road, Southfield, MI 48034
248/352-4340

Signed on February 10, 2016

                                                /s/ Walter Shapero
                                                Walter Shapero
                                                United States Bankruptcy Judge