**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

**Jeffery DeVries,**                    CASE NO.: 14-48769
                                                        CHAPTER: 13
                                                        JUDGE:    OXHOLM

                DEBTOR.
_____/

## ORDER RESOLVING CREDITOR, JP MORGAN CHASE BANK, N.A., TRUSTEE'S OBJECTIONS TO DEBTOR'S PLAN MODIFICATION #1 AND MODIFYING PLAN

This matter having been reviewed by the, Creditor, JP Morgan Chase Bank, N.A., Trustee and debtor; the parties having agreed to the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore

IT IS HEREBY ORDERED that the Chapter 13 Plan is modified as follows:

1. Debtor's plan payments are increased to $1,866.63 per month.
2. Debtor shall cure the delinquency balance of $8,118.70 by remitting an additional $165.69 per month for 49 months.
3. Debtor's wage order shall be amended to $2,032.32 monthly which includes the ongoing plan payment of $1,866.63 per month and the $165.69 monthly cure payment.
4. In the event that debtor(s) fails(s) to make any future Chapter 13 plan payment, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments.  If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.
5. In the event that Debtor(s) fails(s) to make any future Chapter 13 plan payments, Creditor JPMorgan Chase Bank, National Association may file and serve a Notice of Default, served upon Debtors,Debtors. counsel, and Trustee and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then Creditor JPMorgan Chase Bank, National Association Bank may submit an Order Vacating the Automatic Stay with respect to the property located at 51820 Rivard Rd, New Baltimore, MI 48047, no further notice, hearing motion being required. The Debtor is limited to 2 opportunities to cure defaults. A third default shall result in Creditor immediately submitting the order of relief with the notice. Creditors fees and costs associated with any defaults are recoverable and may be included in the amount to cure.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.
.

**Signed on November 18, 2016**

                                           **_/s/ Maria L. Oxholm**
                                           **Maria L. Oxholm**
                                           **United States Bankruptcy Judge**