| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Adam Thursby (318465) |
| | GHIDOTTI \| BERGER, LLP |
| 3 | 1920 Old Tustin Ave. |
| | Santa Ana, CA 92705 |
| 4 | Ph: (949) 427-2010 |
| | Fax: (949) 427-2732 |
| 5 | bknotifications@ghidottiberger.com |
| 6 | Attorneys for Secured Creditor, |
| | US BANK TRUST NA |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN– DETROIT DIVISION

| In Re: | ) | Chapter 13 |
|---|---|---|
| Jeffrey Michael DeVries, | ) | BK Case No.: 14-48769-mlo |
| Debtor. | ) | WITHDRAWAL NOTICE OF MORTGAGE PAYMENT CHANGE FILED JULY 12TH 2019 DOC #196. |

US BANK TRUST NA, hereby withdraws its Notice of Mortgage Payment Change regarding the Real Property Located at 51820 Rivard Road, New Baltimore, Michigan 48047 – Filed July 12th 2019- DOC #196.

Dated: June 16, 2021        /s/Michelle Ghidotti-Gonsalves
                            US BANK TRUST NA

# CERTIFICATE OF SERVICE

On June 16th, 2021, I served the foregoing documents described as Withdrawal of Notice of Mortgage Payment Change on the following individuals by electronic means thorugh the Court's ECF program:

| COUNSEL FOR DEBTOR | COUNSEL FOR DEBTOR | COUNSEL FOR DEBTOR |
|---|---|---|
| James P. Frego, II | Jay Piggott | Toni Valchanov |
| fregolaw@aol.com | fregolaw@aol.com | Fregolaw@aol.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Michaela Rice
Michaela Rice

On June 16th , 2021, I served the foregoing documents described as Withdrawal of Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Jeffrey Michael DeVries
8901 Jackman Road
Temperance, MI 48182

CHAPTER 13 Trustee
Tammy L. Terry
535 Griswold Suite 2100
Detroit, MI 48226

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Michaela Rice
Michaela Rice

1
CERTIFICATE OF SERVICE
14-48769-mlo    Doc 240    Filed 06/16/21    Entered 06/16/21 14:50:44    Page 2 of 2